SAMUEL RODMAN et al., appellants,

*v.*

MANGANESE STEEL COMPANY, respondent.

[Argued November 25th, 1908.   Decided March 1st, 1909.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Howell.

*Mr. Winfield S. Angleman,* for the appellants.

*Mr. John R. Hardin,* for the respondent.

PER CURIAM.

The order is affirmed for the reasons given by Vice-Chancellor Howell.

The suggestion that the decree of insolvency and for an injunction in statutory proceedings against an insolvent corporation is a final decree was not necessary for the decision of the cause.   It seems to be in conflict with the opinion expressed for this court by Mr. Justice Van Syckel in *Franklin Electric Light Co.* v. *Fort Wayne Electric Corporation, 58 N. J. Eq. (13 Dick.) 543.*   Whether the explanation of that opinion contained in Vice-Chancellor Stevenson's opinion in *Pierce* v. *Old Dominion Copper Mining and Smelting Co., 68 Atl. Rep. 319* (at *p. 326*), is correct or not is a question we need not now consider.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—14.

*For reversal*—None.